| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Robert A Scala<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2259<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Susan M Scala<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9044<br>EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  18–21372–CMG | | |

## Order of Discharge                                                                                                    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Robert A Scala                                             Susan M Scala

    <u>6/5/23</u>                                                                **By the court:** <u>Christine M. Gravelle</u>
                                                                                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                                  Case No. 18-21372-CMG
Robert A Scala                                                                                                 Chapter 13
Susan M Scala
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Jun 05, 2023      Form ID: 3180W      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert A Scala, Susan M Scala, 167 Lower Denmark Road, Oxford, NJ 07863-3221 |
| 517573629 | + | Atlantic Home Care and Hospice, 465 South Street, Morristown, NJ 07960-6447 |
| 517573632 | + | Celentano, Stadtmauer & Walentowicz, LLP, Notch Office Park, 1035 Route 46 East, Clifton, NJ 07013-7481 |
| 517573634 | | Country Door, c/o Universal Fidelity LP, PO Box 219785, Houston, TX 77218-9785 |
| 517573637 | + | Hackettstown Medical Center, PO Box 864, Mahwah, NJ 07430-0864 |
| 517573640 | + | Oxford Township Utility, 11 Green Street, Oxford, NJ 07863-3262 |
| 517573645 | + | West Washington Family Dentistry, 7 E Washington Ave, Washington, NJ 07882-1912 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 05 2023 21:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 05 2023 21:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517573628 | + | Email/Text: mreed@affcollections.com | Jun 05 2023 21:43:00 | Accurate Collection Services, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 517573630 | | EDI: BANKAMER.COM | Jun 06 2023 02:53:00 | Bank of America, PO Box 15719, Wilmington, DE 198865719 |
| 517573631 | + | EDI: TSYS2 | Jun 06 2023 02:53:00 | Barclays Bank Deleware, PO Box 8803, Wilmington, DE 19899-8803 |
| 517688946 | | Email/PDF: bncnotices@becket-lee.com | Jun 05 2023 22:20:44 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517650739 | + | EDI: CBS7AVE | Jun 06 2023 02:53:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517573635 | | EDI: DISCOVER.COM | Jun 06 2023 02:53:00 | Discover Financial Service, PO Box 15316, Wilmington, DE 19850 |
| 517589301 | | EDI: DISCOVER.COM | Jun 06 2023 02:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517573636 | + | Email/Text: lori.rudolph@atlantichealth.org | Jun 05 2023 21:44:00 | Hackettstown Community Hospital, 651 Willow Grove Street, Hackettstown, NJ 07840-1798 |
| 517573633 | | EDI: JPMORGANCHASE | Jun 06 2023 02:53:00 | Chase, PO Box 15153, Wilmington, DE 198865153 |
| 517573639 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 05 2023 21:42:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 05, 2023 | Form ID: 3180W | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517581581 | | Email/Text: EBN@Mohela.com | Jun 05 2023 21:43:00 | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 517698034 | | EDI: PRA.COM | Jun 06 2023 02:53:00 | Portfolio Recovery Associates, LLC, c/o Choice Privileges, POB 41067, Norfolk VA 23541 |
| 517573641 | + | EDI: RMSC.COM | Jun 06 2023 02:53:00 | SYNCB/Lowes, PO Box 96505, Orlando, FL 32896-0001 |
| 517576495 | + | EDI: RMSC.COM | Jun 06 2023 02:53:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517573643 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 05 2023 21:43:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 517573642 | + | EDI: RMSC.COM | Jun 06 2023 02:53:00 | The Home Depot, PO Box 105981, Atlanta, GA 30348-5981 |
| 517631894 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 05 2023 21:42:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517646040 | + | EDI: WFFC2 | Jun 06 2023 02:53:00 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 517631163 | + | EDI: WFFC2 | Jun 06 2023 02:53:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 517573644 | + | EDI: WFFC2 | Jun 06 2023 02:53:00 | Wells Fargo Home Mortgage, 1 Home Campus, Des Moines, IA 50328-0001 |
| 517693760 | | Email/PDF: bncnotices@becket-lee.com | Jun 05 2023 21:53:18 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517573638 | ##+ | Inpatient Medical Associates, PO Box 5942, Parsippany, NJ 07054-6942 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 07, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | |

| | |
|---|---|
| | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | |
| | docs@russotrustee.com |
| Elizabeth L. Wassall | |
| | on behalf of Creditor WELLS FARGO BANK N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Joan Sirkis Warren | |
| | on behalf of Joint Debtor Susan M Scala joan@joanlaverylaw.com |
| Joan Sirkis Warren | |
| | on behalf of Debtor Robert A Scala joan@joanlaverylaw.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7