UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on January 5, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Robert A. Scala and Susan M. Scala

Case No.: 18-21372-CMG

Chapter: 13

Judge: Christine M. Gravelle

**ORDER GRANTING APPLICATION FOR
PAYMENT OF UNCLAIMED FUNDS**

The relief set forth on the following page is **ORDERED**.

**DATED: January 5, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

On December 10, 2025, an application was filed for the Claimant(s), U.S. Department of Education/MOHELA, for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $ 7,791.99 held in unclaimed funds be made payable to U.S. Department of Education/MOHELA and be disbursed to the payee at the following address:

U.S. Department of Education/MOHELA

P.O. Box 790453

St. Louis, MO 63179

The Clerk will disburse these funds not earlier than 14 days after entry of this Order.

*rev. 5/19/2025*

2